JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUZ M. RIOS, | ) Case No. EDCV 17-00546-JDE |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Court's Order.

DATED: January 23, 2018

_____
JOHN D. EARLY
United States Magistrate Judge