UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUZ M. RIOS,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. ED CV 17-00546-JDE<br><br>ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES |

     Based upon the parties' First Stipulation for Award of EAJA Fees [Dkt. 21], and good cause appearing therefor,

     IT IS ORDERED that EAJA fees in the amount of TWO THOUSAND THREE HUNDRED SIXTY-THREE DOLLARS AND 12/100 ($2,363.12) subject to the terms of the above-referenced Stipulation.

Dated: March 05, 2018

_____
JOHN D. EARLY
United States Magistrate Judge